# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138157

HOME OWNERS INSURANCE COMPANY,
        Plaintiff-Counter-
        Defendant-Appellee,

v

LARRY SELFRIDGE and BETTY
SELFRIDGE,
        Defendants-Counter-
        Plaintiffs-Appellees,

and

HALLIE SELFRIDGE, PORTER D. SELFRIDGE,
Minor, by his Next Friend, HALLIE SELFRIDGE
and BRIAN SELFRIDGE,
        Defendants-Appellants.

SC: 138157
COA: 280112
Mecosta CC: 05-017158-CK

_____/

On order of the Court, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

Clerk

p0610